UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE RICHARDSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 15-5848**<br>**c/w 18-6573**<br>**c/w 17-1093** |
| **FAMOUS BOURBON MANAGEMENT GROUP, INC., ET AL.** | **SECTION "H"** |

## ORDER

Before the Court are Plaintiffs' Motion to Reopen Cases and Enforce Settlement (Doc. 406) and Ex Parte/Consent Motion for Leave to File Supplemental Memorandum (Doc. 411);

**IT IS ORDERED** that the Motion to Reopen Cases and Enforce Settlement (Doc. 406) is **GRANTED IN PART**. The case is hereby **REOPENED**, and the Court **DEFERS** the issue of enforcing settlement until the May 21, 2020 hearing.

**IT IS FURTHER ORDERED** that the Motion for Leave to File Supplemental Memorandum (Doc. 411) is **GRANTED**, and the clerk is instructed to file the supplemental memorandum into the record.

1

New Orleans, Louisiana this 3rd day of April, 2020.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**